**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:** 2:03CR00083-03 |
| | ) | |
| **Susana MENDEZ** | ) | |
| | ) | |

## LEGAL HISTORY:

On November 22, 2004, the above-named was placed on probation for a period of three years, which commenced on November 22, 2004. Special conditions included a requirement for Warrantless search; Home detention for a period of 180 days with electronic monitoring; Comply with all requirements of CPS social worker for family reunification.

## SUMMARY OF COMPLIANCE:

Susana Mendez has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Susana Mendez has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA
Senior United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ RECOMMENDATION.MRG

**Re:    Susana MENDEZ**
**Docket Number: 2:03CR00083-03**
**RECOMMENDATION TERMINATING**
**PROBATION PRIOR TO EXPIRATION DATE**


Dated:       January 17, 2007
              Elk Grove, California
              RGL/cj



**REVIEWED BY:**       /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                        **Supervising United States Probation Officer**


RGL:cj

cc:      AUSA Richard J. Bender (Pursuant to Rule 32, notice of proposed relief to the probatioiner is
          being provided.  If no objection is received from you within 14 days, the probation officer's
          Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted
          to the Court for approval.)

PROB 35

## ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Docket Number:  2:03CR00083-03** |
| ) | |
| **Susana MENDEZ** ) | |
| ) | |

On November 22, 2004, the above-named was placed on probation for a period of three years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,


/s/ Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**


Dated:        January 17, 2007
              Elk Grove, California
              RGL/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
              **DEBORAH A. SPENCER**
              **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION - ORDER (PROB35).MRG

**Re:    Susana MENDEZ**
**       Docket Number: 2:03CR00083-03**
**       ORDER TERMINATING PROBATION**
**       PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 February 13, 2007
**Date**                                              **FRANK C. DAMRELL, JR.**
                                                      **United States District Judge**


RGL/cj
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION - ORDER (PROB35).MRG